# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

MICHAEL MARSHALL, AIS # 207937 :

    Plaintiff,    :

vs.    :    CIVIL ACTION 05-0643-WS-C

LINDA SHIPMAN, et al.,    :

    Defendants.    :

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the report and recommendation recommending the dismissal of this action, of this order adopting the report and recommendation, and of the judgment dismissing this action.

**DONE** and **ORDERED** this 24th day of July, 2007.

                                      s/WILLIAM H. STEELE
                                      UNITED STATES DISTRICT JUDGE