IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL MARSHALL, AIS # 207937    :

    Plaintiff,                                              :

vs.                                                              :        CIVIL ACTION 05-0643-WS-C

LINDA SHIPMAN, et al.,                          :

    Defendants.                                         :


## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** and **ORDERED** this 24th day of July, 2007.

                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE  JUDGE